IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br>    Plaintiff pro se,<br><br>v.<br><br>CITIMORTGAGE, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-04396-LMM-WEJ |

## ORDER

This case is before the Court on Plaintiff's Motion to Compel Production of Documents or, in the Alternative, for an in Camera Inspection of Documents [22]. Plaintiff pro se seeks an order compelling defendant, Citimortgage, Inc. ("CMI"), to produce documents withheld on the grounds of privilege, or in the alternative for an in camera inspection of particular documents. (Id.) He also requests that CMI be ordered to provide a privilege log and produce all withheld documents related to his discovery requests. (Id.)

Defendant responds that, contrary to the assertion made in plaintiff's Motion, it is not withholding documents on the basis of privilege (nor has plaintiff inquired as to privileged documents in his "meet and confer"

communications). (CMI's Resp. [24] 1.) Moreover, CMI asserts that it already produced all relevant and responsive documents evidencing its valid interest in the subject real property, as well as the status of plaintiff's loan account and any calls made on that account. (Id. at 1-2.) CMI argues that the remaining documents plaintiff seeks through his Motion are improper as they are irrelevant to any claims that he may (or in some instances, can) assert in this case. (Id.)

Despite his pro se status, plaintiff is still required to follow the Federal Rules of Civil Procedure and the orders of this Court. The Scheduling Order [13] entered in this case on February 10, 2016, requires a party with a discovery dispute to "contact the Chambers of the undersigned **BEFORE** filing any Motion," as the Court prefers to handle discovery disputes via telephone conference. (Id. at 2.) Plaintiff pro se did not follow that Order because he filed the instant Motion without contacting the undersigned's chambers. Accordingly, the Court **DENIES** Plaintiff's Motion to Compel [22] on that basis. In any event, upon review of the Motion, it is also denied on the merits. CMI's objections to the various interrogatories and documents requests are well taken, and it has withheld no documents under a claim of privilege.

**SO ORDERED**, this 3rd day of June, 2016.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE