# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITIMORTGAGE, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION <br> NO. 1:15-CV-04396-LMM |

## DECLARATION OF BARBARA DAUSTER-ADAMS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Barbara Dauster-Adams declares under oath the following based on personal knowledge:

1. I am over 18 years of age. I have personal knowledge of the matters set forth in this affidavit and, if called as a witness, could testify competently thereto.

2. I am employed as a Business Operations Analyst at CitiMortgage, Inc. ("CMI"). I have been employed with CMI since July 2009. Among other things, I can attest based on personal knowledge that all of the documents attached hereto

are business records of CMI, created or maintained in the ordinary course of its business. I have personal knowledge of the facts and documents referenced in this declaration through my review of various records maintained by CMI in the ordinary course of its business. I also am familiar with and have personal knowledge regarding the systems of record that CMI uses to maintain information and documents relating to the loans that CMI services, including Plaintiff's loan.

3. In the course of servicing the Loan, CMI attempted to contact Plaintiff by telephone.

4. While CMI called Plaintiff on May 15, 2015 and May 21, 2015, these calls were manually dialed. A true and correct copy of account notes related to the Loan is attached hereto as Exhibit 1.

5. The calls made on May 15, 2015 and May 21, 2015 are reflected on the pages bearing bates label CMI001056 and CMI001058 within Exhibit 6.

6. While CMI called Plaintiff on June 25, 2015, this call was manually dialed.

7. The call made on June 25, 2015 is reflected on the pages bearing bates label CMI001049 and CMI001050 within Exhibit 1.

8. CMI did not call Plaintiff on July 7, 2015; July 10, 2015; July 14, 2015; or July 21, 2015. That no calls were made on these dates is reflected on the page bearing bates label CMI001045 within Exhibit 1.

9. CMI did not call Plaintiff on October 4, 2015 or October 11, 2015. That no calls were made on these dates is reflected on the pages bearing bates label CMI001034 and CMI001032 within Exhibit 1.

10. While CMI called Plaintiff on October 13, 2015, this call was manually dialed.

11. The call made on October 13, 2015 is reflected on the pages bearing bates label CMI001030 and CMI001031 within Exhibit 1.

12. While CMI called Plaintiff on October 21, 2015, this call was manually dialed.

13. The call made on October 21, 2015 is reflected on the page bearing bates label CMI001027 within Exhibit 1.

14. While CMI called Plaintiff on November 2, 2015, this call was manually dialed.

15. The call made on November 2, 2015 is reflected on the pages bearing bates label CMI001017 within Exhibit 1.

16. CMI did not call Plaintiff on November 11, 2015 or November 12, 2015. That no calls were made on these dates is reflected on the pages bearing bates label CMI001004 through CMI001007 within Exhibit 1.

I declare under the penalty of perjury that the forgoing is true and correct based upon personal knowledge.

*Barbara Dauster-Adams*
Barbara Dauster-Adams

Executed on 7/22/16